# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SARAH WALLS,<br><br>　　　　　　　Defendant. | CASE NO. 1:24-MJ-0107 SKO<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Petition for Warrant for Person Under Supervision, it is hereby ordered that the Petition and Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: September   17  , 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　	　　　　　　　　　UNITED STATES MAGISTRATE JUDGE